In the Matter of the Claim of ISAAC A. McGOWAN (Now Deceased), Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 5, 1943; decided June 18, 1943.

*Robert E. Whalen* and *Charles E. Nichols* for appellant.

*Nathaniel L. Goldstein*, Attorney-General (*Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. LEWIS, J., dissents and votes to reverse and dismiss the claim.